UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

GIOSBANI DELGADO RODRIGUEZ,

Petitioner,

v.                                                                No.  6:25-CV-00096-H

WARDEN, EDEN DETENTION
CENTER,

Respondent.

## ORDER

Petitioner Giosbani Delgado Rodriguez, a self-represented immigrant detainee, filed an amended petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention pending removal.  Dkt. No. 9.  He seeks release from confinement.

Respondent filed a response notifying the Court that Petitioner was removed from the United States on March 19, 2026.  Dkt. No. 20.  Respondent argues that because Petitioner is no longer detained, there is no further relief that the Court may award, and the Petition must be dismissed for lack of jurisdiction as moot.  *Id.*

Based on the information provided by Respondent, the Court concludes that Petitioner's claims are moot.  Thus, the petition must be dismissed for lack of jurisdiction.

So ordered.

The Court will enter judgment accordingly.

Dated April 23, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge